**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

        Alan J Alexander

        Monique L Alexander

            Debtor(s)

Case No. 13-39299

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/24/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,725.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANCEONE RECEIVABLES MGMT | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY COURT | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Priority | 8,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 700.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,262.00 | NA | NA | 0.00 | 0.00 |
| RHONDA DANIELS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCK ISLAND CO CIRCUIT CLERK | Priority | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ABC FINANCIAL/CHARTER FITNESS | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ACI/CHASE BANK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AGNOSTIC INC | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT/PEOPLES GAS | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS/PROVENA ST JOSI | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| AUDIT SYSTEMS INC | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| CARRINGTON RADIOLOGY | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO/ORCHARD BA | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP/COMED | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PUBLIC SCHOOLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO WOMENS HEALTH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT OF | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CNAC/IL115 | Unsecured | 5,111.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL/PROGRESIVEINSURAN | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT MANAGEMENT LP/COMCAS | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & A/EMERGE | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION ECMC/COLLEGE LOAN | Unsecured | 1,667.00 | NA | NA | 0.00 | 0.00 |
| ENHANCRCVRCO/USCELLULAR | Unsecured | 984.00 | NA | NA | 0.00 | 0.00 |
| AT&T/EOS CCA | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| AT&T/EOS CCA | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE IN | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| HARRIS/PEOPLES GAS | Unsecured | 2,166.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD/HINSDALE LAKI | Unsecured | 2,591.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC/CHICAGO WOMEN S | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY COL/FLEXPAY PLUS | Unsecured | 1,468.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVS | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55/ROSELAND COMMUNITY | Unsecured | 2,443.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| NTL RECOVERY/WESTWOOD COLLE | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| PROFESSNL ACCT MGMT/TCF BANK | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| QUALITY HEALTHCARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 5,692.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 5,662.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 4,348.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 3,348.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 3,292.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 1,501.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SYSTEM/CONCOF | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI/CARRIN( | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ILLINOIS/ SECRETARY OF | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS/USA PAYDAY LOAN | Unsecured | 288.75 | NA | NA | 0.00 | 0.00 |
| TMOBILE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TMOBILE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 2,210.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT/CHASE | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| WESTERN INTL UNV ONLINE | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| WILBER & ASSOCIATES PC/STATE F/ | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION TREASURY OFFSET SPE | Unsecured | 9,139.57 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY VIOLATION ADS | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| WILLOW SPRINGS POLICE DEPARTM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 2,876.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| LIFETIME FITNESS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 4,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/27/2014                    By: /s/ Glenn Stearns
                                          Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**